IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

Case No: 1:25-cv-25885-ALTMAN

Lindsay-Blee Americas, LLC,

    Plaintiff,

v.

Alquimia Energy LLC, et al.,

    Defendants.

_____/

**UNOPPOSED - PLAINTIFF'S MOTION TO ATTEND THE
MARCH 16, 2026 STATUS CONFERENCE BY ZOOM**

Plaintiff Lindsay-Blee Americas, LLC ("LBA") moves for this Court to permit lead counsel, J. Stephen Simms, Esq. to attend the March 16, 2026, status conference [DE 39] by remote means. Local Counsel, Andrew N. Mescolotto, Esq. will attend in person. LBA, by counsel, has consulted with Defendants Alquimia Energy LLC ("Alquimia") and Orlando Jose Bermudez ("Bermudez"),[1] by counsel; Alquimia and Bermudez agree with and do not oppose this motion and, in support thereof, LBA respectfully states as follows:

    1.    Pursuant to the Order Scheduling Status Conferences [DE 39], a status conference is scheduled to take place on March 16, 2026 at 2:00 p.m.

    2.    J. Stephen Simms, Esq., lead counsel admitted *pro hac vice* representing LBA, resides in Maryland.

---

[1] Defendant Seanergy LLC failed to respond to the Summons served on December 18, 2025, has been defaulted [ECF 22] and a final default judgment [ECF 33] has been issued.

3. Requiring counsel to travel from Maryland to Florida to attend a status conference would create an undue expense that would negatively impact LBA.

4. The appearance of Andrew N. Mescolotto, Esq., local counsel representing LBA, will be in person.

5. LBA asserts that a good faith basis exists to allow J. Stephen Simms to appear on its behalf for the status conference by Zoom as set out in the Court's Order.

6. <u>Notice of Compliance with Local Rule 7.1(a)(3)</u> - Counsel for LBA conferred with counsel representing Alquimia and Bermudez regarding the foregoing request for permission to appear for the status conference by Zoom as set out in the Court's Order. Alquimia and Bermudez do not oppose LBA's motion.

WHEREFORE, Plaintiff Lindsay-Blee Americas, LLC and Defendants Alquimia Energy LLC and Orlando Jose Bermudez respectfully and jointly request the Court's permission for J. Stephen Simms to appear on behalf of LBA for the status conference by Zoom as set out in the Court's Order [DE 39].

Respectfully Submitted,

/s/ Andrew N. Mescolotto
Andrew N. Mescolotto (28141)
Fertig & Gramling
200 SE 13th Street
Fort Lauderdale, Florida 33316
(954) 763-5020
anm@fertig.com

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice*)
Catherine M. Benson (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
(410) 783-5795
jssimms@simmsshowers.com
cmbenson@simmsshowers.com

          Counsel to Lindsay-Blee Americas, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 10, 2026, a true and correct copy of the foregoing was served on all counsel or parties of record via the Court's CM/ECF system.

        /s/ Andrew N. Mescolotto
        ANDREW N. MESCOLOTTO (28141)
        anm@fertig.com
        FERTIG & GRAMLING